403 P.3d 306

STATE of Hawai'i, Plaintiff-Appellee,

v.

John Steven SCHLAFF, Defendant-Appellant, and Brandon Fredianelli, Defendant-Appellee

NO. CAAP-16-0000364

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 29, 2017.

SUMMARY DISPOSITION ORDER

Vacated. Remanded.